UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KENNETH RAY WILLIAMS,<br>Plaintiff §§§§ | |
| v. § | Civil No. CC-09-271 |
| §§§ | |
| RICK THALER, ET AL.,<br>Defendants | |

## ORDER DENYING MOTION TO INTERVENE

Pending before the Court is Pete Wilson's motion to intervene in this case. Mr. Wilson is not a party to this lawsuit. He is currently incarcerated at the Michael Unit and claims that various prison officials retaliated against him for helping Plaintiff Kenneth Ray Williams with the instant lawsuit. The United States Magistrate Judge recommends the Court deny Mr. Wilson's motion because (1) his claim does not share a common question of law or fact with Plaintiff's action, (2) this Court does not have jurisdiction over the defendants at the Michael Unit, and (3) Mr. Wilson has failed to state a claim upon which relief can be granted.

Plaintiff, Defendants, and Mr. Wilson have filed no objections. When no timely objection to the Magistrate Judge's Memorandum and Recommendation is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto. Ass'n.*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court finds no clear error in the Magistrate Judge's memorandum and adopts her findings and conclusions.

1

Pete Wilson's Motion to Intervene is DENIED (D.E. 273).

ORDERED this ___7___ day of ___March___, 2011.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE